IP: 67.166.84.226
Time:   5/10/14 04:02:25 AM
Title: Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8
SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42
Comcast Cable
Portland, Oregon

| No. | IP | Torrentname | Category | Date |
|---|---|---|---|---|
| 1. | 67.166.84.226 | Blade.Runner (1997) | Video | 2014/05/01-2014/06/20 |
| 2. | 67.166.84.226 | Game of Thrones S04E02 HDTV x264-2HD[ettv] | TV Series | 2014/05/01-2014/06/22 |
| 3. | 67.166.84.226 | Game of Thrones S04E01 HDTV x264-KILLERS[ettv] | TV Series | 2014/05/02-2014/06/22 |
| 4. | 67.166.84.226 | Game of Thrones S04E04 HDTV x264-KILLERS[ettv] | TV Series | 2014/05/02-2014/06/22 |
| 5. | 67.166.84.226 | Game of Thrones S04E03 HDTV x264-KILLERS[ettv] | TV Series | 2014/05/02-2014/06/22 |
| 6. | 67.166.84.226 | New Zealand - The Forgotten Paradise [2013] 1080p BluRay AAC x264-tomcat12[ETRG] | TV Series | 2014/05/04 |
| 7. | 67.166.84.226 | game.of.thrones.s04e05.internal.hdtv.x264-2hd.mp4 | TV Series | 2014/05/05-2014/06/22 |
| 8. | 67.166.84.226 | Jules Verne - Journey to the Center of the Earth.epub | eBook | 2014/05/07 |
| 9. | 67.166.84.226 | Diario ABC 07.04.14 | eBook | 2014/05/07-2014/06/17 |
| 10. | 67.166.84.226 | [SSS] Arpeggio of Blue Steel - Ars Nova - 05 [1280x720p Hi10+AAC].mkv | Video | 2014/05/08 |
| 11. | 67.166.84.226 | Microsoft Office 2003,2007,2010,2013 All Versions | Software | 2014/05/08 |
| 12. | 67.166.84.226 | The Amazing Spiderman [2012]-1080p-5.1-BRrip-x264-Xitz (StyLish Release) | Video | 2014/05/08-2014/07/26 |
| 13. | 67.166.84.226 | Once.Upon.a.Time.Season.3.Episode.04.Nasty.Habits.XviD-MGD[ettv] | TV Series | 2014/05/10 |
| 14. | 67.166.84.226 | This.Is.Where.I.Leave.You.DVDScr.XviD-BiDA | Video | 2014/05/10 |
| 15. | 67.166.84.226 | HISTORY OF POP AND ROCK MUSIC - part 260 | Video | 2014/05/10 |
| 16. | 67.166.84.226 | Percy Jackson Sea of Monsters 2013 DVDRip XviD-UNiQUE | Video | 2014/05/10 |
| 17. | 67.166.84.226 | www.Torrenting.com - Craig.Ferguson.2014.03.07.Aaron.Paul.HDTV.x264-BATV | TV Series | 2014/05/11 |
| 18. | 67.166.84.226 | Once (2006) | Video | 2014/05/11-2014/06/22 |
| 19. | 67.166.84.226 | The Amazing Spiderman (2012) [1080p] | Video | 2014/05/12-2014/06/21 |

Voltage, et. al. v. Doe                                                                                                               Exhibit 1

| # | IP | Title | Type | Dates |
|---|---|---|---|---|
| 20. | 67.166.84.226 | Jack Ryan Shadow Recruit [2014] HDRip XViD juggs[ETRG] | Video | 2014/05/13-2014/06/22 |
| 21. | 67.166.84.226 | Katy Perry - Last Friday Night | Audio | 2014/05/16 |
| 22. | 67.166.84.226 | People.Like.Us.2012.DVDRip.XviD-SPARKS | Video | 2014/05/19-2014/06/21 |
| 23. | 67.166.84.226 | Game of Thrones S04E06 HDTV x264-KILLERS[ettv] | TV Series | 2014/05/19-2014/06/22 |
| 24. | 67.166.84.226 | Game.of.Thrones.S04E07.720p.HDTV.XviD.AC3-RARBG | TV Series | 2014/05/19-2014/06/22 |
| 25. | 67.166.84.226 | Alexander and the Terrible Horrible No Good Very Bad Day (2014) | Video | 2014/05/21-2014/07/11 |
| 26. | 67.166.84.226 | Elementary.S02E15.720p.HDTV.DLBR.mkv | TV Series | 2014/05/22 |
| 27. | 67.166.84.226 | The Legend of Hercules (2014) | Video | 2014/05/23 |
| 28. | 67.166.84.226 | RoboCop (2014) DVDRip XviD-MAXSPEED | Video | 2014/05/23-2014/06/22 |
| 29. | 67.166.84.226 | CorelDRAW Graphics Suite X6 16.0.0.707 (32 bit) (keygen-CORE) ChingLiu | Software | 2014/05/25 |
| 30. | 67.166.84.226 | Oculus [2013] HDRip XViD juggs[ETRG] | Video | 2014/05/25-2014/06/22 |
| 31. | 67.166.84.226 | Windows 8 genuine Activator by tordigger | Software | 2014/05/27 |
| 32. | 67.166.84.226 | Discovery.Ch.The.Supernaturalist.720p.HDTV.x264.AAC.MVGroup.org.mp4 | TV Series | 2014/05/27 |
| 33. | 67.166.84.226 | Dick Tracy | TV Series | 2014/05/28-2014/06/11 |
| 34. | 67.166.84.226 | [ www.TorrentDay.com ] - Haven.S03E02.HDTV.XviD-AFG | TV Series | 2014/05/29 |
| 35. | 67.166.84.226 | Iron Man 3 2013 720p Ts screen Spa Latino - Pitu | Video | 2014/05/30 |
| 36. | 67.166.84.226 | Imagine Dragons - Night Visions (Deluxe Version) 2013 Indie Rock | Audio | 2014/05/31 |
| 37. | 67.166.84.226 | Once_Upon_a_Time_S03E05_HDTV_x264-LOL_[eztv] | TV Series | 2014/05/31 |
| 38. | 67.166.84.226 | Non-Stop [2014] BRRip XViD[AC3]-SaM[ETRG] | Video | 2014/06/02-2014/06/22 |
| 39. | 67.166.84.226 | Dom.Hemingway.2013.720p.WEBRIP.x264.AC3.CrEwSaDe | Video | 2014/06/05 |
| 40. | 67.166.84.226 | Game of Thrones | Video | 2014/06/07-2014/06/08 |
| 41. | 67.166.84.226 | Dhoom 3 (2013) DVDRip XviD-STVFRV | Video | 2014/06/07-2014/06/11 |
| 42. | 67.166.84.226 | Pacific Rim (2013) | Video | 2014/06/08 |
| 43. | 67.166.84.226 | The.Paperboy.1994.RERip.DVDRip.x264-Ltu | Video | 2014/06/09 |
| 44. | 67.166.84.226 | Robocop (2014) 1080p BrRip x264 VFTC | Video | 2014/06/09-2014/06/26 |
| 45. | 67.166.84.226 | The Vampire Diaries S05E016 2014 HDRip 720p-juggs | TV Series | 2014/06/11 |
| 46. | 67.166.84.226 | Rush_Limbaugh_2012_06_19 | Audio | 2014/06/14 |
| 47. | 67.166.84.226 | Microsoft Office Proffesional Plus 2010 Corporate Final Full Activated | Software | 2014/06/15 |
| 48. | 67.166.84.226 | A.Million.Ways.To.Die.In.The.West.2014.WEBRip.HC.XviD.MP3-RARBG | Video | 2014/06/15-2014/06/22 |

| | | | | |
|---|---|---|---|---|
| 49. | 67.166.84.226 | There.Will.Be.Blood.2007.1080p.BluRay.x264.anoXmous | Video | 2014/06/15-2014/07/02 |
| 50. | 67.166.84.226 | How I Met Your Mother S09E05 HDTV x264-2HD [eztv] | TV Series | 2014/06/17 |
| 51. | 67.166.84.226 | Love Happens (2009) | Video | 2014/06/17-2014/06/21 |
| 52. | 67.166.84.226 | The.Conjuring.2013.R6.WEBRiP.Xvid Acesn8s | Video | 2014/06/18 |
| 53. | 67.166.84.226 | Housefull 2 (2012)HDRip.720p.Hindi | Video | 2014/06/18 |
| 54. | 67.166.84.226 | Friday.The.13th.Part.VII.The.New.Blood.1988.iNTERNAL.BDRip.x264-MARS[rarbg] | Video | 2014/06/18 |
| 55. | 67.166.84.226 | Unsealed.Alien.Files.Season.2.Episode.26.Free.Energy.HDTV.x264-2HD[ettv] | TV Series | 2014/06/18 |
| 56. | 67.166.84.226 | Gnomeo & Juliet (2011) DvDRip H.264-AAC [GR420] | Video | 2014/06/20 |
| 57. | 67.166.84.226 | Windows 8 Pro Activator v1.0 Final + Windows 8 Personalization Enabler | Software | 2014/06/20 |
| 58. | 67.166.84.226 | Silver Linings Playbook (2012) [1080p] | Video | 2014/06/21 |
| 59. | 67.166.84.226 | The.English.Patient.1996.1080p.BluRay.x264.anoXmous | Video | 2014/06/21 |
| 60. | 67.166.84.226 | Dredd 3D (2012) TS (xvid) NL Subs DMT | Video | 2014/06/22 |
| 61. | 67.166.84.226 | The Hobbit An Unexpected Journey (2012).DvdRip-HQ-HHJ | Video | 2014/06/22 |
| 62. | 67.166.84.226 | [ UsaBit.com ] - Whats.Your.Number.UNRATED.DVDRip.XviD-DEFACED | Video | 2014/06/22-2014/07/02 |
| 63. | 67.166.84.226 | Sunshine (2007) [1080p] | Video | 2014/06/22-2014/07/02 |
| 64. | 67.166.84.226 | G.I._Joe_Transformers_Vol._1_(2012)_(digital)_(Minutemen-Phantasm).cbz | eBook | 2014/06/23 |
| 65. | 67.166.84.226 | The.Prestige.2006.1080p.BluRay.x264.anoXmous | Video | 2014/06/23-2014/07/03 |
| 66. | 67.166.84.226 | Royksopp & Robyn - Do It Again 2014 | Audio | 2014/06/24 |
| 67. | 67.166.84.226 | I Grew Up iln The 60's CD 2 | Audio | 2014/06/25 |
| 68. | 67.166.84.226 | Beauty.and.the.Beast.1991.LiMiTED.R5.x264.AAC-DiAMOND | Video | 2014/06/25 |
| 69. | 67.166.84.226 | Captain America The Winter Soldier 2014 TS XviD MP3 MiLLENiUM | Video | 2014/06/25-2014/07/04 |
| 70. | 67.166.84.226 | The Last Stand (2013) DVDRIP.XVID.XD.AC3.ADTRG | Video | 2014/06/26 |
| 71. | 67.166.84.226 | Windows 8.1 (20 in 1) x64 Preactivated v2 + Office 2013 Pro Plu | Software | 2014/06/26-2014/06/27 |
| 72. | 67.166.84.226 | The Raid Redemption (2011) | Video | 2014/06/26-2014/07/02 |
| 73. | 67.166.84.226 | The.Raid.2.2014.BDRip.x264-GECKOS[rarbg] | Video | 2014/06/26-2014/07/04 |
| 74. | 67.166.84.226 | Terminator 1-4 Collection 1984-2009 BluRay 720p x264 aac jbr | Video | 2014/06/27-2014/07/02 |
| 75. | 67.166.84.226 | Sin.City.2005.1080p.BluRay.x264.anoXmous | Video | 2014/06/27-2014/07/04 |
| 76. | 67.166.84.226 | Goodfellas (1990) | Video | 2014/06/29-2014/06/30 |

Voltage, et. al. v. Doe                                                                                                             Exhibit 1

| # | IP | Title | Type | Date |
|---|---|---|---|---|
| 77. | 67.166.84.226 | The World According to MONSANTO MP4 H264 1280x720.mp4 | Video | 2014/06/29-2014/07/23 |
| 78. | 67.166.84.226 | Extraordinary Measures.mp4 | Video | 2014/06/30 |
| 79. | 67.166.84.226 | The Perks of Being a Wallflower [2012] DVDRip XviD v2 DoNE | Video | 2014/07/01 |
| 80. | 67.166.84.226 | Clash of Clans-Game Hack Tool 5.0 - [U3T] | Software | 2014/07/01 |
| 81. | 67.166.84.226 | Shadow People ( horror ) | Video | 2014/07/07-2014/07/26 |
| 82. | 67.166.84.226 | Transcendence (2014) DVDRip XviD-MAXSPEED | Video | 2014/07/07-2014/07/28 |
| 83. | 67.166.84.226 | Zerkala.2.2010.L1.DVDRip.avi | Video | 2014/07/09 |
| 84. | 67.166.84.226 | Watch.Dogs-RELOADED | Software | 2014/07/10 |
| 85. | 67.166.84.226 | The Official UK Top 40 Singles Chart 14-07-2013 | Audio | 2014/07/10 |
| 86. | 67.166.84.226 | Sabotage.2014.HDRip.XviD.AC3-EVO | Video | 2014/07/10-2014/07/28 |
| 87. | 67.166.84.226 | Blade.I.II.III.1998-2004.The.Ultimate.Collection.1080p.Bluray.x264.anoXmous | Video | 2014/07/11-2014/07/27 |
| 88. | 67.166.84.226 | That Awkward Moment (2014) | Video | 2014/07/12-2014/07/22 |
| 89. | 67.166.84.226 | The Matrix (1999) | Video | 2014/07/12-2014/07/23 |
| 90. | 67.166.84.226 | Alien.Quadrilogy.DvDrip-aXXo | Video | 2014/07/12-2014/07/29 |
| 91. | 67.166.84.226 | Repo Men (2010) [1080p] | Video | 2014/07/14-2014/07/24 |
| 92. | 67.166.84.226 | Adobe Photoshop Lightroom 5.4 Final | Software | 2014/07/15 |
| 93. | 67.166.84.226 | Kindergarten Cop (1990) [1080p] | Video | 2014/07/15-2014/07/29 |
| 94. | 67.166.84.226 | Dead Silence (2007) | Video | 2014/07/16-2014/07/20 |
| 95. | 67.166.84.226 | Snowpiercer (2013) | Video | 2014/07/17-2014/07/22 |
| 96. | 67.166.84.226 | Brick Mansions 2014 DVDRip x264 AC3-MiLLENiUM | Video | 2014/07/17-2014/07/28 |
| 97. | 67.166.84.226 | www.TorrentDay.com - The.Challenge.Free.Agents.S25E08.HDTV.x264-YesTV | TV Series | 2014/07/18 |
| 98. | 67.166.84.226 | Last Action Hero [1993] 1080p BluRay AAC x264-tomcat12[ETRG] | Video | 2014/07/18-2014/07/20 |
| 99. | 67.166.84.226 | Revista Hechos y Cronicas Junio | eBook | 2014/07/20 |
| 100. | 67.166.84.226 | Velocity (01 - 04) (2010) (Digital) (K6-Empire) | eBook | 2014/07/20-2014/07/21 |
| 101. | 67.166.84.226 | Total Recall (1990) | Video | 2014/07/20-2014/07/23 |
| 102. | 67.166.84.226 | 2012.Doomsday.[2008].DvdRip.XviD-Kn | Video | 2014/07/21 |
| 103. | 67.166.84.226 | Bad Words 2013 BDRip x264 AC3 RoSubbed-playSD | Video | 2014/07/21-2014/07/28 |
| 104. | 67.166.84.226 | Californication S07E12 2014 HDRip 720p-PrisM | TV Series | 2014/07/22 |
| 105. | 67.166.84.226 | The Big Bang Theory S07E24 2014 HDRip 720p-TASTE | TV Series | 2014/07/22 |

Voltage, et. al. v. Doe                                                                                                         Exhibit 1

| | | | | |
|---|---|---|---|---|
| 106. | 67.166.84.226 | [ www.torrenting.com ] - Nathan.For.You.S02E02.HDTV.XviD-AFG | TV Series | 2014/07/23 |
| 107. | 67.166.84.226 | ANDREW PAUL - HUSTLE DEM AH HUSTLE.mp3 | Audio | 2014/07/23 |
| 108. | 67.166.84.226 | Skyfall 2012 DVD-screener - 1CD - XVID - 7 _813 | Video | 2014/07/23 |
| 109. | 67.166.84.226 | [ www.torrenting.com ] - Nathan.For.You.S02E02.HDTV.x264-KILLERS | TV Series | 2014/07/24-2014/07/28 |
| 110. | 67.166.84.226 | Nathan.For.You.S02E04.480p.HDTV.x264-mSD | TV Series | 2014/07/24-2014/07/28 |
| 111. | 67.166.84.226 | [ www.torrenting.com ] - Nathan.For.You.S02E03.HDTV.XviD-AFG | TV Series | 2014/07/24-2014/07/28 |
| 112. | 67.166.84.226 | [ www.torrenting.com ] - Nathan.For.You.S02E01.HDTV.x264-KILLERS | TV Series | 2014/07/24-2014/07/29 |
| 113. | 67.166.84.226 | GTA 5 [Multilanguage][PC MAC Android] | Software | 2014/07/26 |
| 114. | 67.166.84.226 | Internet_Download_Manager_(IDM)_v6.12.10.3_Full_Including_Crack | Software | 2014/07/26 |
| 115. | 67.166.84.226 | The.Expendables.3.2014.DVDSCR.Xvid-DiNGO | Video | 2014/07/26 |
| 116. | 67.166.84.226 | The.Amazing.Spider-Man.2.2014.HDRip.XviD-SaM[ETRG] | Video | 2014/07/26-2014/07/28 |
| 117. | 67.166.84.226 | [ www.UsaBit.com ] - Oceans Eleven (2001) BluRay 720p 800MB Ganool.mkv | Video | 2014/07/27 |
| 118. | 67.166.84.226 | A Good Day to Die Hard (2013) | Video | 2014/07/27-2014/07/28 |